

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00549-CR

WILLIE CLARKE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 178th District Court of Harris County. (Tr. Ct. No. 1465671).

The cause heard today by the Court is an appeal from the judgment signed by the court below on May 28, 2015. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 21, 2016.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Keyes and Higley.